1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11   TATIANA LOPEZ, MIGUEL       )  **CASE NO. CV10-8926 PSG (CWx)**
     AMARILLAS,                  )  *[Assigned to Hon. Philip S. Gutierrez,*
12                               )  *Courtroom 880]*
                                 )
13                  Plaintiffs,  )
                                 )  **[PROPOSED] PROTECTIVE ORDER**
14        vs.                    )  **RE PRODUCTION OF**
                                 )  **CONFIDENTIAL PEACE OFFICER**
15   COUNTY OF LOS ANGELES,      )  **PERSONNEL INFORMATION AND**
16   DEPUTY F. ENRIQUEZ #459592, )  **INTERNAL CRIMINAL**
     individually and as a peace officer, )  **INVESTIGATIONS BUREAU**
17   DEPUTY JAVIER MARTINEZ      )  **INFORMATION**
     #487832, individually and as a peace )
18   officer, DET. S. KALASSAY #287342 )
19   individually and as a peace officer, LT. )  **Hon. Carla M. Woehrle**
     CHRIS BRANUELAS individually )
20   and as a peace officer, DOES 1-10, )  **Complaint Filed:   11/19/10**
21                               )
                                 )  **Trial Date:  10/23/12**
22                  Defendants.  )
                                 )
23   _____ )
24        **IT IS HEREBY ORDERED**, **ADJUDGED and DECREED** that:
25        The COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
26   ("COUNTY") will produce, pursuant to the Court's Order of April 17, 2012, copies
27   of Personnel Performance Index (PPI) Data Documents for Deputy Francisco
28   Enriquez, Detective Scott Kalassay, Deputy Javier Martinez and Lieutenant Chris

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

17807
                              1
            **[PROPOSED] PROTECTIVE ORDER**

Branuelas, documents deemed confidential, under California state law, i.e., personnel records of Peace Officers Francisco Enriquez, Scott Kalassay, Javier Martinez and Lieutenant Chris Branuelas.  See Cal. Pen Code §§ 832.7.  The documents are further produced pursuant to the privacy considerations recognized by the federal court subject to a stipulated protective order.  See Kelly v. City of San Jose, 114 F.R.D. 653, 656 (N.D. Cal. 1987; Miller v. Pancucci, 141 F.R.D. 292, 300 (C.D. Cal. 1992).

Additionally, pursuant to the Court's order of April 17, 2012, COUNTY will produce a copy of the Internal Criminal Investigations Bureau report and audio interviews related to Plaintiffs Tatiana Lopez and Miguel Amarillas.  Specifically excluded from the production will be the audio interview of the Confidential Informant.  A transcript of the audio interview of the Confidential Informant will be produced.

All documents and/or information derived from the documents produced, (collectively, "CONFIDENTIAL INFORMATION") produced by COUNTY) are the subject of this Protective Order, including the following documents:

    a.    each administrative, criminal, citizen personnel complaint, Internal Affairs Bureau Investigation, or Internal Criminal Investigations Bureau against Deputy Francisco Enriquez, Detective Scott Kalassay, Deputy Javier Martinez and Lieutenant Chris Branuelas concerning allegations of misconduct, in the course and scope of their duties as Los Angeles County Sheriff's Deputies produced in this litigation.

    b.    All information derived from the production of the PPI Data Documents.

2.    All documents produced by the COUNTY in the categories set forth above shall be marked "CONFIDENTIAL."  If the first page of any multi-page document bears this legend, then the entire document is deemed confidential, unless otherwise indicated by the producing party.  The stamping of the legend "CONFIDENTIAL" is for identification purposes only, and in the event that a

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

17807

2

[PROPOSED] PROTECTIVE ORDER

document produced by the COUNTY pursuant this Protective Order is inadvertently not stamped with the legend "CONFIDENTIAL," such document is still subject to the provisions of this Protective Order.

3.    All documents produced by the COUNTY in conjunction with the Protective Order subsequent to the entry of this Protective Order shall be subject to this Protective Order, and shall be deemed CONFIDENTIAL INFORMATION.

4.    All CONFIDENTIAL INFORMATION provided in accordance with this Order may be used for all proceedings in this matter only, including law and motion, trial and/or appeal.    However, in the event that CONFIDENTIAL INFORMATION is used in any such proceedings, the party submitting the CONFIDENTIAL INFORMATION must seek an order sealing that portion of the record.

5.    If any information and/or documents which are the subject of this Protective Order are presented to this or any other court in any other manner prior to the time of trial, said information and/or documents shall be lodged under seal, pursuant to Local Rule 79-5.1, and with an appropriate application made to United States District Judge Philip S. Gutierrez, for lodging under seal, in an envelope clearly marked as follows:

**"CONFIDENTIAL AND MATERIAL SUBJECT TO A PROTECTIVE ORDER.  CASE NO.:  CV 10-8926 PSG (CWx)."**

6.    Testimony taken at any deposition, conference, hearing, or trial may be designated as confidential by making a statement to that effect on the record at the deposition or proceeding.  Arrangements shall be made by the COUNTY with the Court Reporter transcribing such proceedings to separately bind such portions of the transcript containing information designated as confidential, and to label such portions accordingly.  In the event that the Court rules that the CONFIDENTIAL

**[PROPOSED] PROTECTIVE ORDER**

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION is admissible, then the Court and/or jury may review said CONFIDENTIAL INFORMATION in open court in order to determine issues before the Court.

7. All CONFIDENTIAL INFORMATION produced in accordance with this Protective Order shall not be used in any deposition, legal proceeding, or in any other forum than the instant case, nor shall the CONFIDENTIAL INFORMATION be disseminated in any form, except by court order, or until such time as the "CONFIDENTIAL" designation is removed by agreement of counsel for the parties or by further order of this Court.

8. CONFIDENTIAL INFORMATION shall be viewed only by: (1) the Court and its staff; (2) counsel of record for the receiving party, including associates, clerks, and secretarial staff for such parties, (3) independent experts retained by parties (and approved by the other parties), and (4) any associates, assistants, and secretarial personnel of such experts and other persons designated by agreement of counsel for the parties, and so long as said experts have agreed in writing in advance of any disclosure of CONFIDENTIAL INFORMATION to be bound by this Protective Order. In the event that an individual does not consent to be bound by this Protective Order, no disclosure of CONFIDENTIAL INFORMATION will be made to such individual. The Court and its staff may review all matters, which pertain to the discussion of the CONFIDENTIAL INFORMATION, including law and motion matters, consistent with this confidentiality agreement in respect to the CONFIDENTIAL INFORMATION. In the event that the Court rules that the CONFIDENTIAL INFORMATION is admissible, then the Court and its staff, and/or jury may review said information in open court in order to determine issues before the Court.

9. CONFIDENTIAL INFORMATION produced in connection with this Protective Order shall not be disclosed, disseminated, or in any manner provided to

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

*17807*

4

[PROPOSED] PROTECTIVE ORDER

the media or any member of the public, unless the Court has ruled that the information may be divulged to the media and the public.

10.     Plaintiffs' counsel may not disclose directly to the Plaintiffs, either orally or in writing, the addresses and telephone numbers of any witnesses identified in the CONFIDENTIAL INFORMATION, but may discuss with the Plaintiffs the information obtained from any investigation conducted as a result of disclosed CONFIDENTIAL INFORMATION.

11.     In the event that any CONFIDENTIAL INFORMATION is used or referred to during the course of any court proceeding in this action, such information shall not lose its confidential status through such use.

12.     Plaintiffs, Plaintiffs' counsel, and those individuals authorized to review the information in connection with this civil matter are expressly prohibited from duplicating, copying or otherwise distributing, disseminating, or orally disclosing any of the disclosed CONFIDENTIAL INFORMATION to any person or entity for any purpose.

13.     Counsel for each party shall take reasonable precautions to prevent the unauthorized or inadvertent disclosure of CONFIDENTIAL INFORMATION.

14.     In the event that the terms of this Protective Order are violated, the parties agree that the aggrieved party may immediately apply to this Court to obtain injunctive relief and monetary sanctions against any person violating or threatening to violate any of the terms of this Protective Order.   This Court shall retain jurisdiction over the parties for the purpose of enforcing this Protective Order, and the Court shall have the power to modify this Protective Order at any time and to impose whatever penalties it deems appropriate for the violation of this Protective Order, including but not limited to monetary sanctions, judicial sanctions, issue preclusion, and contempt.   Any such request for injunctive relief and/or monetary sanctions must be made by a properly noticed motion and pursuant to statute.

**[PROPOSED]** PROTECTIVE ORDER

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax   (626) 243-1111

1  15.    This Protective Order, and the obligations of all persons thereunder,

2  including those relating to the disclosure and use of CONFIDENTIAL

3  INFORMATION, shall survive the final termination of this case, whether such

4  termination is by settlement, judgment, dismissal, appeal or otherwise, until further

5  order of the court.

6  16.    Upon termination of the instant case, Plaintiffs and Plaintiffs' counsel

7  shall return any and all CONFIDENTIAL INFORMATION or information

8  designated as confidential, including deposition transcripts, trial testimony, and/or

9  testimony taken at any court proceeding, to the COUNTY'S attorney of record for

10  this matter, within twenty (20) days following termination of this matter.

11  17.    Production of all CONFIDENTIAL INFORMATION ordered disclosed

12  by this Court shall take place on or before April 27, 2012.

13  **IT IS SO ORDERED.**

14

15  DATED: May 2, 2012          BY: _____/s/_____

16                                            CARLA M. WOEHRLE
                                              UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

*17807*

6

**[PROPOSED] PROTECTIVE ORDER**